Law Office of Howard A. Gutman
230 Route 206, Suite 307
Flanders, New Jersey 07836
(973) 598-1980
Attorney for Plaintiff
_____

| | |
|---|---|
| XIN YUE on behalf of himself and as assignee of YISHENG LI. | United States District Court for the District of New Jersey |
| Plaintiff, | |
| -against- | Civil Action No. 2:20-05099 |
| STEWART LOR, | **Notice of Motion to Appear Pro Hac Vice** |
| Defendant. | |

-----------------------------------------------------------------------x

   Please Take Notice that on July 6, 2020, at the United States District Court for the District of New Jersey, Courthouse, Newark, New Jersey, plaintiff will move for the admission of Jacob Chen pro hac vice. In support of the application, plaintiff will rely upon the annexed Certification of Counsel.


Dated: June 15, 2020　　　　　　　　　　　　　*Howard Gutman*
　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　Howard Gutman
　　　　　　　　　　　　　　　　　　　Attorney for Plaintiff