Law Office of Howard A. Gutman
230 Route 206, Suite 307
Flanders, New Jersey 07836
(973) 598-1980
Attorney for Plaintiff

_____

| | |
|---|---|
| XIN YUE on behalf of himself and as assignee of YISHENG LI. | United States District Court for the District of New Jersey |
| Plaintiff, | |
| -against- | Civil Action No. 2:20-05099 |
| STEWART LOR, | **Certification of Counsel in Support of Pro Hac Vice Application** |
| Defendant. | |

-----------------------------------------------------------------------x

I, Jacob Yiping Chen, do hereby certify,

1. I am a member in good standing of the bar of the State of New York, admitted on May 28, 2012 to the Second Judicial Department located at 335 Adams Street, Room 2402, Brooklyn, NY 11201.  I am a member in good standing of the bar of the United States District Court for the Southern District of New York and United States District Court for the Eastern District of New York, admitted on July 30, 2013.

2. I certify that I have never been disbarred and am not currently suspended from the practice of law before any United States Court of Appeals, United States District Court, or the United States Bankruptcy Court.   I certify that no disciplinary proceedings are pending against me in any jurisdiction and no discipline has previously been imposed on me in any jurisdiction.

3. I hereby request authority to appear *pro hac vice* in this case and in any appeal proceedings in this case on behalf of Xin Yue ("Client") in the case listed above, and in any appeal proceedings.   I understand that Howard Gutman, Esquire ("Local Counsel"), is required to participate in the preparation and the presentation of the case above and any appeal proceedings in which I appear on behalf of such Client, and accept service of all papers served in such case and proceedings.

[1]

4. I understand that only Local Counsel may file papers, enter appearances for parties, sign stipulations, or sign and receive payments on judgments, decrees or order. I certify that I am familiar with and shall be governed by the local rules of this court, rules governing practice in federal courts, rules of professional conduct and all other requirements governing the professional behavior of members of the New Jersey Bar.

I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Dated: New York, New York  　　　　By: _____
　　　　June 15, 2020

　　　　　　　　　　　　　　　　　　　　Jacob Chen, Esq.
　　　　　　　　　　　　　　　　　　　　New York Bar No. 5019286
　　　　　　　　　　　　　　　　　　　　Dai & Associates, P.C.
　　　　　　　　　　　　　　　　　　　　1500 Broadway, 22nd Floor
　　　　　　　　　　　　　　　　　　　　New York, New York 10036
　　　　　　　　　　　　　　　　　　　　Ph: (212) 730-8880
　　　　　　　　　　　　　　　　　　　　Fax: (212) 730-8869
　　　　　　　　　　　　　　　　　　　　jchen@daiassociates.com