Law Office of Howard A. Gutman
230 Route 206, Suite 307
Flanders, New Jersey 07836
(973) 598-1980
Attorney for Plaintiff
_____

| | |
|---|---|
| XIN YUE on behalf of himself and as assignee of YISHENG LI. | United States District Court for the District of New Jersey |
| Plaintiff, | |
| -against- | Civil Action No. 2:20-05099 |
| STEWART LOR, | **Order Admitting Attorney Pro Hac Vice** |
| Defendant. | |

----------------------------------------------------------------------x

This Matter Having Come Before the Court by way of notice of motion and the Court having reviewed the moving papers,  It is hereby Ordered,

1. Jacob Chen is admitted pro hac vice and may participate in this action in accordance with Local Rule 101.1

2. Within 14 days of receipt of this Order, Jacob Chen shall make a payment to the New Jersey Lawyers' Fund for Client Protection as provided by New Jersey Court Rule 1:28-2(a). This payment shall be made for any year in which the admitted attorney continues to represent a client in a matter pending in this Court.  A copy of the order shall be forwarded by the Clerk to the Treasurer of the Fund.

3. Within 14 days of receipt of this order Jacob Chen shall make a payment of $150.00 payable to the Clerk, USDC.

_____
Chief Mag. Judge Mark Falk            6/16/20