Michael H. Bernstein (NJ Bar ID No.: 253282017)
ROBINSON & COLE LLP
Chrysler Building East
666 Third Avenue, 20th Floor
New York, NY  10017
Telephone: (212) 451-2900
*Attorneys for Defendant*

UNITED STATES DISTRICT COURT
DISTRICT COURT OF NEW JERSEY

---------------------------------------------------------------------x

XIN YUE.,

                             Plaintiff,

      -against-

STEWART LOR,

                          Defendant.

Civil No.:
**2:20-cv -05099-JMV-MF**

**NOTICE OF APPEARANCE**

DOCUMENT
ELECTRONICALLY FILED

---------------------------------------------------------------------x

To the Clerk of This Court and All Parties of Record:

     Please enter my appearance as counsel in this case for the Defendant. I certify that I am admitted to practice in this Court.

Dated: New York, New York
      June 23, 2020

                          Respectfully submitted,

                          /s/ Michael H. Bernstein
                          Michael H. Bernstein (NJ Bar ID No.: 253282017)
                          Robinson & Cole, LLP
                          CHRYSLER EAST BUILDING
                          666 THIRD AVENUE, 20TH FLOOR
                          NEW YORK, NY 10017
                          MAIN (212) 451-2900
                          FAX (212) 451-2999
                          *Attorney for Defendant*

To: (via ECF)

**Jacob Chen, Esq.**
DAI & ASSOCIATES, P.C.
Attorneys for Plaintiff
1500 Broadway, 22nd Floor
New York, New York 10036
Ph: (212) 730-8880
Fax: (212) 730-8869
E-mail: jchen@daiassociates.com

**Howard A. Gutman**
Law Office of Howard Gutman
230 ROUTE 206
SUITE 307
FLANDERS, NJ 07836
(973) 598-1980
Email: howian@aol.com

Michael H. Bernstein (NJ Bar ID No.: 253282017)
ROBINSON & COLE LLP
Chrysler Building East
666 Third Avenue, 20th Floor
New York, NY  10017
Telephone: (212) 451-2900
*Attorneys for Defendant*


UNITED STATES DISTRICT COURT
DISTRICT COURT OF NEW JERSEY

------------------------------------------------------------------x

XIN YUE.,

|  |  |  |
|---|---|---|
|  | Plaintiff, | Civil No.: |
|  |  | **2:20-cv -05099-JMV-MF** |
| -against- |  |  |
|  |  | **CERTIFICATE OF SERVICE** |
| STEWART LOR, |  |  |
|  |  | DOCUMENT |
|  | Defendant. | ELECTRONICALLY FILED |

------------------------------------------------------------------x

I, Michael H. Bernstein, hereby certify and affirm that a true and correct copy of the attached

NOTICE OF APPEARANCE was served via ECF on this 23rd day of June, 2020, upon the following:

**Jacob Chen, Esq.**
DAI & ASSOCIATES, P.C.
Attorneys for Plaintiff
1500 Broadway, 22nd Floor
New York, New York 10036
Ph: (212) 730-8880
Fax: (212) 730-8869
E-mail: jchen@daiassociates.com

**Howard A. Gutman**
Law Office of Howard Gutman
230 ROUTE 206
SUITE 307
FLANDERS, NJ 07836
(973) 598-1980
Email: howian@aol.com


/s/ Michael H. Bernstein
Michael H. Bernstein (NJ Bar ID No.: 253282017)

Dated:     New York, New York
               June 23, 2020

84360641v1