Elizabeth R. Leong, Esq. (NJ Bar ID No.: 017151997)
Robinson & Cole, LLP
280 Trumbull Street
Hartford, CT 06103-3597
Main (860) 275-8200
Fax (860) 275-8299
Email:  eleong@rc.com
*Attorneys for the Defendant*

UNITED STATES DISTRICT COURT
DISTRICT COURT OF NEW JERSEY

---------------------------------------------------------------------x

XIN YUE.,

                     Plaintiff,            Civil No.:
                                                       **2:20-cv -05099-JMV-MF**

   -against-

STEWART LOR,                                       **NOTICE OF APPEARANCE**

                    Defendant.          DOCUMENT
                                            ELECTRONICALLY FILED

---------------------------------------------------------------------x

To the Clerk of This Court and All Parties of Record:

     Please enter my appearance as counsel in this case for the Defendant. I certify that I am admitted to practice in this Court.

Dated: New York, New York
          June 23, 2020

                                                              Respectfully submitted,

                                                                 /s/ *Elizabeth R. Leong*
                                                               Elizabeth R. Leong
                                                               (NJ Bar ID No.: 017151997)
                                                               Robinson & Cole, LLP
                                                               280 Trumbull Street
                                                               Hartford, CT 06103-3597
                                                               Main (860) 275-8200
                                                               Fax (860) 275-8299
                                                               Email:  eleong@rc.com

To: (via ECF)

**Jacob Chen, Esq.**
DAI & ASSOCIATES, P.C.
Attorneys for Plaintiff
1500 Broadway, 22nd Floor
New York, New York 10036
Ph: (212) 730-8880
Fax: (212) 730-8869
E-mail: jchen@daiassociates.com

**Howard A. Gutman**
Law Office of Howard Gutman
230 ROUTE 206
SUITE 307
FLANDERS, NJ 07836
(973) 598-1980
Email: howian@aol.com

84360641v1

Elizabeth R. Leong, Esq. (NJ Bar ID No.: 017151997)
Robinson & Cole, LLP
280 Trumbull Street
Hartford, CT 06103-3597
Main (860) 275-8200
Fax (860) 275-8299
Email:  eleong@rc.com
*Attorneys for the Defendant*

UNITED STATES DISTRICT COURT
DISTRICT COURT OF NEW JERSEY

---------------------------------------------------------------------x
XIN YUE.,

                  Plaintiff,        Civil No.:
                               **2:19-cv-16338-CCC-SCM**

  -against-

                                 **CERTIFICATE OF SERVICE**

STEWART LOR,
                                  DOCUMENT
                 Defendant.      <u>ELECTRONICALLY FILED</u>

---------------------------------------------------------------------x

      I, Elizabeth R. Leong, hereby certify and affirm that a true and correct copy of the attached

NOTICE OF APPEARANCE was served via ECF on this 23rd day of June, 2020, upon the following:

| | |
|---|---|
| **Jacob Chen, Esq.** | **Howard A. Gutman** |
| DAI & ASSOCIATES, P.C. | Law Office of Howard Gutman |
| Attorneys for Plaintiff | 230 ROUTE 206 |
| 1500 Broadway, 22nd Floor | SUITE 307 |
| New York, New York 10036 | FLANDERS, NJ 07836 |
| Ph: (212) 730-8880 | (973) 598-1980 |
| Fax: (212) 730-8869 | Email: howian@aol.com |
| E-mail: jchen@daiassociates.com | |

                                              */s/ Elizabeth R. Leong*
                                           Elizabeth R. Leong
                                          (NJ Bar ID No.: 017151997)

Dated:    New York, New York
             June 23, 2020

84360641v1