UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| XIN YUE, | : |
|     Plaintiff, | : CIVIL NO. 2:20-CV-05099-JMV-MF |
| V. | : |
| STEWART LOR, | : **CONSENT ORDER** |
|     Defendant. | : |

THIS MATTER having been brought before the Court by Robinson & Cole LLP, attorneys for the Defendant Stewart Lor, for an order allowing an extension of time of thirty (30) days within which to answer, move, or otherwise respond to the Plaintiff's Complaint, on notice to and with consent of attorneys for the Plaintiff;

IT IS, this 28th day of July, 2020, hereby

**ORDERED** that the Defendant's response to the Plaintiff's Complaint is to be filed on or before August 12, 2020.

SO ORDERED:

_____
Mark Falk, Chief U.S.M.J.