# Robinson+Cole

MICHAEL H. BERNSTEIN

Chrysler East Building
666 Third Avenue, 20th floor
New York, NY 10017
Main (212) 451-2900
Fax (212) 451-2999
mbernstein@rc.com
Direct (212) 451-2940

Also admitted in Connecticut
Pennsylvania and New Jersey

**VIA ECF**

November 15, 2020

Hon. Mark Falk
U.S. District Court, District of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Street Room 4015
Newark, NJ 07101

Re:   **Yue v. Lor, No. 2:20-cv-05099-JMV-MF**

Dear Judge Falk:

I represent the Defendant, Stewart Lor, in this matter. On October 28, 2020, your Honor held a status conference, during which you ordered the parties to submit letters on the issue of whether Plaintiff Xin Yue Guo (aka Mr. Xin Yue) would be permitted to add Mr. Yisheng Li as a plaintiff in this matter.

Per your order, the Plaintiff submitted his letter on November 9, 2020 [Docket No. 21]. We propose that we submit our answering letter on or before November 23, 2020 (two weeks after Plaintiff's letter was submitted).

There is currently a status conference scheduled for Tuesday, November 17th, at 4pm. We respectfully request that the status conference be rescheduled to the week of November 30, 2020, so that the issue may be fully briefed before the conference.

We have discussed the above with Plaintiff's counsel, who consents to this request.

Very truly yours,

Boston | Hartford | New York | Providence | Miami | Stamford | Los Angeles | Wilmington | Philadelphia | Albany | New London | rc.com

Robinson & Cole LLP

# Robinson+Cole

November 15, 2020
Page 2

*[signature]*

Michael H. Bernstein