# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| XIN YUE, | : | |
|     Plaintiff, | : | CIVIL NO. 2:20-CV-05099-JMV-MF |
| V. | : | STIPULATED JOINT DISCOVERY PLAN |
| STEWART LOR, | : | |
|     Defendant. | : | |

**THIS MATTER** having come before the Court upon a joint application of the parties for an extension of the time-limits in the discovery order (Doc. 27) as follows, and for good cause shown:

**IT IS ORDERED THAT THE** current discovery order in this matter shall be amended as follows:

- Any unresolved discovery disputes (other than those that arise during depositions) must be brought before the Court no later than May 31, 2021;

- Fact discovery to remain open through June 30, 2021;

- All affirmative expert reports shall be delivered by July 30, 2021, with depositions of those experts to be taken and completed within 30 days of receipt of the report;

- All responding expert reports shall be delivered by August 31, 2021 with depositions of those experts to be taken and completed within 30 days of receipt of report.

All other deadlines in the entered Discovery Order (Doc. 27) are still in effect and/or are unchanged.

IT IS SO ORDERED.

Dated: March 26, 2021

                                              _s/Mark Falk_____
                                              Hon. Mark Falk, Chief U.S.M.J.