UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| **XIN YUE on behalf of himself and as assignee of YISHENG LI,**<br><br>      **Plaintiff,**<br><br>v.<br><br>**STEWART LOR,**<br><br>      **Defendant.** | Civil Action No. 20-5099 (JMV)<br><br><br>**ORDER** |

  **THIS MATTER** having come before the Court upon Plaintiff's motion for leave to amend the Complaint (CM/ECF No. 21); and the Court having considered the papers in support of and in opposition to the motion; and for the reasons set forth in the Opinion which accompanies this Order; and for good cause shown;

  **IT IS** on this 29th day of April 2021,

  **ORDERED** that, Plaintiff's motion for leave to amend the Complaint (CM/ECF No. 21) is **granted**; and it is further

  **ORDERED** that, Plaintiff shall file his amended pleading no later than **May 7, 2021**.

                s/Mark Falk        
                **MARKFALK**
                **United States Magistrate Judge**