

**DAVID M. ESKEW**
(646) 970-7342 (direct dial)
deskew@aellaw.com
aellaw.com

256 Fifth Avenue, 5th Floor
New York, New York 10001

May 28, 2021

**By ECF**

Hon. John Michael Vazquez
U.S. District Court
District of New Jersey
Frank Lautenberg Post Office & U.S. Courthouse
2 Federal Square
Newark, New Jersey 07102

    Re:    *Xin Yue v. Stewart Lor*, 20-CV-5099 (JMV) (MF)

Dear Judge Vazquez:

    This letter is filed to advise the Court that Stewart Lor has recently retained our firm to represent him in connection with the above-referenced civil case. Mr. Lor and prior counsel have executed a proposed consent order for substitution of counsel, which is annexed to this letter. Mr. Lor, prior counsel and our Firm respectfully request that Your Honor sign the proposed order substituting counsel.

    We thank you for your consideration of this request.

    Respectfully,

    Abell Eskew Landau LLP

    By: David M. Eskew
    *Counsel for Stewart Lor*