AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

United States **District of** New Jersey

Xin Yue

    Plaintiff(s),

V.

Stewart Lor

    Defendant(s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 2:20-CV-5099

Notice is hereby given that, subject to approval by the court, __Stewart Lor__ substitutes
(Party(s) Name)

__David Eskew__, State Bar No. __039452004__ as counsel of record in
(Name of New Attorney)

place of __Michael Bernstein, Ivana Greco and Elizabeth Leong__.
(Name of Attorney(s) Withdrawing Appearance)

Contact information for new counsel is as follows:

    Firm Name: Abell Eskew Landau LLP
    Address: 256 Fifth Avenue, 5th Floor, New York, NY 10001
    Telephone: (646) 970-7342       Facsimile (646) 970-7345
    E-Mail (Optional): deskew@aellaw.com

I consent to the above substitution.
Date: 05/27/21
_____
(Signature of Party(s))

I consent to being substituted.
Date: 5/26/21
_____
(Signature of Former Attorney(s))

I consent to the above substitution.
Date: 5-26-2021
_____
(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: _____
Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]