AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

United States **District of** New Jersey

Xin Yue

Plaintiff (s),

v.

Stewart Lor

Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 2:20-CV-5099

Notice is hereby given that, subject to approval by the court, **Stewart Lor** substitutes
(Party (s) Name)

**David Eskew**, State Bar No. **039452004** as counsel of record in
(Name of New Attorney)

place of **Michael Bernstein, Ivana Greco and Elizabeth Leong**.
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

| | |
|---|---|
| Firm Name: | Abell Eskew Landau LLP |
| Address: | 256 Fifth Avenue, 5th Floor, New York, NY 10001 |
| Telephone: | (646) 970-7342     Facsimile (646) 970-7345 |
| E-Mail (Optional): | deskew@aellaw.com |

I consent to the above substitution.

Date: 05/27/21

(Signature of Party (s))

I consent to being substituted.

Date: 5/26/21

(Signature of Former Attorney (s))

I consent to the above substitution.

Date: 5-26-2021

(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: 6/2/21

Judge

Hon. Mark Falk, Chief U.S.M.J.

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]