David M. Eskew (deskew@aellaw.com)
**Abell Eskew Landau LLP**
41 Watchung Plaza, #501            256 Fifth Avenue, 5th Floor
Montclair, New Jersey 07042        New York, New York 10001
(646) 970-7342

Amiad Kushner (akushner@seidenlawgroup.com)
**Seiden Law Group LLP**
322 Eighth Avenue, Suite 1704
New York, NY 10001
646-766-1914
(admission *pro hac vice* pending)

*Attorneys for Defendant Stewart Lor*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| XIN YUE,<br><br>   Plaintiff,<br><br> v.<br><br>STEWART LOR,<br><br>   Defendant. | **CIVIL NO. 2:20-cv-5099**<br><br>Hon. John Michael Vazquez<br>Hon. Mark Falk<br><br>**APPLICATION AND CERTIFICATION OF DAVID M. ESKEW, ESQ. IN SUPPORT OF APPLICATION FOR ADMISSION <u>PRO HAC VICE</u>** |

  DAVID M. ESKEW, of full age, hereby certifies as follows:

  1. I am a member of the law firm of Abell Eskew Landau LLP, 41 Watchung Plaza, #501, Montclair, New Jersey 07042. I am admitted to practice before the Courts of the State of New Jersey and the United States District Court for the District of New Jersey. I am a member in good standing of both bars, and I am not under suspension or disbarment by these courts or by any other court or jurisdiction.

  2. I submit this certification in support of the application for an Order permitting Amiad Kushner, Esq., Seiden Law Group LLP, 322 Eighth Avenue, Suite 1704, New York, New

York 10001, to be admitted, appear and participate in the above-captioned matter *pro hac vice* as co-counsel for defendant Stewart Lor. It is my understanding that Amiad Kushner, Esq. is an attorney and a member in good standing of the Bar of the State of New York and is prepared to pay all of the required fees in order to be admitted *pro hac vice*.

3. Pursuant to Local Civil Rule 101.1, I understand that all pleadings, briefs, stipulations, and other papers filed with the Court shall be signed by me or another attorney associated with Abell Eskew Landau LLP. Further, I agree to promptly notify the attorneys admitted *pro hac vice* of the receipt of all notices, orders and pleadings.

4. Pursuant to Local Civil Rule 101.1, I understand that I shall be held responsible for the conduct of the case and shall be present before the Court during all phases of these proceedings, unless expressly excused by the Court, as well as be held responsible for the conduct of the attorneys admitted *pro hac vice*.

5. Plaintiffs in this matter consent and have no obligation to the *pro hac vice* admission of our co-counsel.

6. On behalf of defendant Stewart Lor, I respectfully request that the Court grant its application to have Amiad Kushner, Esq., admitted *pro hac vice* to appear and participate in this matter pursuant to Local Civil Rule 101.1(c).

I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Dated:   Montclair, New Jersey
         June 1, 2021

_____
DAVID M. ESKEW