UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| XIN YUE,<br><br>　　　　Plaintiff,<br><br>v.<br><br>STEWART LOR,<br><br>　　　　Defendant. | CIVIL NO. 2:20-cv-5099<br><br>Hon. John Michael Vazquez<br>Hon. Mark Falk<br><br>**ORDER ADMITTING AMIAD<br>KUSHNER, ESQ. PRO HAC VICE** |

　　　This matter having been brought before the Court by David M. Eskew, Esq., counsel for defendant Stewart Lor, on amended application for an Order allowing Amiad Kushner, Esq., to appear and participate *pro hac vice* [docket # 36]; and the Court having considered the moving papers; and this matter being considered pursuant to Fed. R. Civ. P. 78, and for good cause shown;

　　　It is on this _____ day of June, 2021

　　　**ORDERED** that Amiad Kushner, Esq., a member in good standing of the Bar of the State of New York, be permitted to appear *pro hac vice* in the above-captioned matter pursuant to L. Civ. R. 101.1(c); and it is further

　　　**ORDERED** that, all pleadings, briefs, and other papers filed with the Court shall be signed by a member or associate of the law firm of Abell Eskew Landau LLP, attorneys of record for defendant Stewart Lor, who is admitted to the Bar of this Court and shall be held responsible for said papers for the conduct of the case and who will be held responsible for the conduct of the attorney admitted hereby; and it is further

　　　**ORDERED** that Amiad Kushner, Esq., shall pay the annual fee to the New Jersey Lawyers' Fund for Client Protection in accordance with L. Civ. R. 101.1(c)(2) and New Jersey Court Rule 1:28-2 within twenty (20) days from the date of the entry of this order, unless previously paid for the

current calendar year; and it is further

  **ORDERED** that Amiad Kushner, Esq., shall make payment of $150.00 to the Clerk of Court of the United States District Court in accordance with L. Civ. R. 101.1(c)(3), as amended, within twenty (20) days from the date of the entry of this Order; and it is further

  **ORDERED** that Amiad Kushner, Esq., shall be bound by the Rules of the United States District Court for the District of New Jersey, including but not limited to the provisions of L. Civ. R. 103.1, Judicial Ethics and Professional Responsibility, and L. Civ. R. 104.1, Discipline of Attorneys; and it is further

  **ORDERED** that Amiad Kushner, Esq., shall be deemed to have agreed to take no fee in any tort case in excess of the New Jersey State Court Contingency Fee Rule, Rule 1:21-7, as amended; and it is further

  **ORDERED** that David M. Eskew, Esq., may file a request, the form of which is available at the Court's website, with the Clerk of Court for *pro hac vice* counsel to receive electronic notifications in this matter.

                _____
                **UNITED STATES MAGISTRATE JUDGE**