UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| XIN YUE GUO,<br><br>　　　　　　Plaintiffs,<br><br>　　v.<br><br>STEWART LOR,<br><br>　　　　　　Defendant. | Civil Action No. 20-5099 (JMV)<br><br><br><br>**ORDER** |

**IT IS** on this 18th day of June, 2021

**ORDERED** that there shall be a settlement conference via ZOOM before the Undersigned on **September 9, 2021** at **10:00 a.m.** The ZOOM conference invitation will be sent to your designated email address on the Court's Electronic Filing System. **In addition to and wholly separate from lead counsel, individual clients and insurance adjusters/supervisors with full settlement authority are required to be present on the conference. Failure to appear at the conference may result in sanctions.** Upon receipt of the ZOOM invitation, counsel are directed to email the invitation to their respective client(s); and it is further

**ORDERED** that the parties are directed to submit confidential settlement statements, double-spaced and not to exceed five (5) pages, to the Undersigned on or before September 6, 2021 and emailed to mf_orders@njd.uscourts.gov.

　　　　　　　　　　　　　　　　　　　s/Mark Falk
　　　　　　　　　　　　　　　　　　　MARK FALK
　　　　　　　　　　　　　　　　　　　Chief U.S. Magistrate Judge