UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| XIN YUE GUO a.k.a XIN YUE on behalf of himself and as an assignee of YISHENG LI and YISHENG LI. :<br><br>Plaintiffs, :<br><br>-against- :<br><br>STEWART LOR, :<br><br>Defendant. : | Civil Action No.:<br>2:20-CV-05099-JMV-MF<br><br>**SECOND AMENDED SCHEDULING ORDER** |

**THIS MATTER** having come before the Court upon a joint application of the parties for an extension of the time-limits in the Amended Scheduling Order (Doc. 39) as follows, and for good cause shown:

**IT IS ORDERED THAT THE** litigation schedule in this matter shall be amended as follows:

- Defendant's time to answer, move or otherwise respond to Plaintiffs' Amended Complaint shall be extended to July 30, 2021;

- Any unresolved discovery disputes (other than those that arise during depositions) must be brought before the Court no later than September 14, 2021;

- Fact discovery to remain open through October 14, 2021;

- All affirmative expert reports shall be delivered by October 29, 2021, with depositions of those experts to be taken and completed within 30 days of receipt of the reports;

- All responding expert reports shall be delivered by November 15, 2021, with depositions of those experts to be taken and completed within 30 days of receipt of the reports.

All other deadlines in the entered Amended Scheduling Order (Doc. 39) are still in

effect and/or are unchanged.

          DGW KRAMER LLP

          By: */s/Jacob Chen*
          Jacob Chen, Esq. (*pro hac vice*)
          One Rockefeller Plaza,
          1060 New York, NY 10020
          Ph: 917-633-6860
          E-mail: jchen@dgwllp.com

          Howard Gutman, Esq.
          LAW OFFICES OF HOWARD A. GUTMAN
          230 Route 206, Suite 307
          Flanders, NJ 07836
          Ph: 973-598-1980
          E-mail: howardgutman@aol.com

          *Attorneys for Plaintiffs*


          ABELL ESKEW LANDAU LLP

          By: */s/David M. Eskew*
          David M. Eskew
          41 Watchung Plaza, #501
          Montclair, NJ 07042
          Ph: 646-970-7342
          E-mail: deskew@aellaw.com

          Amiad Kushner (*pro hac vice*)
          SEIDEN LAW GROUP LLP
          322 Eighth Ave, Suite 1704
          New York, NY 10001
          Ph: 646-766-1914
          E-mail: akushner@seidenlawgroup.com

          *Attorneys for Defendant*

IT IS SO ORDERED this _12_ day of July 2021.

_/s/ Mark Falk_

Hon. Mark Falk
Chief Magistrate Judge