UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

------------------------------------------------

XIN YUE GUO a.k.a XIN YUE on behalf of himself and as an assignee of YISHENG LI and YISHENG LI.

                Plaintiffs,

        -against-

STEWART LOR,

                Defendant.

------------------------------------------------

Civil Action No.:
2:20-CV-05099-JMV-MF

**THIRD AMENDED SCHEDULING ORDER**

**THIS MATTER** having come before the Court upon a joint application of the parties for an extension of the time-limits in the Second Amended Scheduling Order (Doc. 41) as follows, and for good cause shown:

**IT IS ORDERED THAT THE** litigation schedule in this matter shall be amended as follows:

- Any unresolved discovery disputes (other than those that arise during depositions) must be brought before the Court no later than November 1, 2021;
- Fact discovery to remain open through December 1, 2021;
- Any affirmative expert reports shall be delivered by December 20, 2021, with depositions of those experts to be taken and completed within 30 days of receipt of the reports;
- Any responding expert reports shall be delivered by January 10, 2021, with depositions of those experts to be taken and completed within 30 days of receipt of the reports.

All other deadlines in the entered Second Amended Scheduling Order (Doc. 41) are still in effect and/or are unchanged.

DGW KRAMER LLP

By: /s/ Jacob Chen
Jacob Chen, Esq. (*pro hac vice*)
One Rockefeller Plaza,
1060 New York, NY 10020
Ph: 917-633-6860
E-mail: jchen@dgwllp.com

Howard Gutman, Esq.
LAW OFFICES OF HOWARD A. GUTMAN
230 Route 206, Suite 307
Flanders, NJ 07836
Ph: 973-598-1980
E-mail: howardgutman@aol.com

*Attorneys for Plaintiffs/Counterclaim-Defendants*


ABELL ESKEW LANDAU LLP

By: */s/David M. Eskew*
David M. Eskew
41 Watchung Plaza, #501
Montclair, NJ 07042
Ph: 646-970-7342
E-mail: deskew@aellaw.com

Amiad Kushner (*pro hac vice*)
SEIDEN LAW GROUP LLP
322 Eighth Ave, Suite 1704
New York, NY 10001
Ph: 646-766-1914
E-mail: akushner@seidenlawgroup.com

*Attorneys for Defendant/Counterclaimant*

IT IS SO ORDERED this _13 day of September 2021.

_____
Hon. Mark Falk
Chief Magistrate Judge