**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

---

XIN YUE GUO a.k.a XIN YUE on behalf of himself and as an assignee of YISHENG LI and YISHENG LI.

                    Plaintiffs,

     -against-

STEWART LOR,

                    Defendant.

---

Civil Action No.:
2:20-CV-05099-JMV-JRA

**DECLARATION OF AMIAD KUSHNER**

I, Amiad Kushner, declare as follows:

    1.    I am a Partner at the law firm of Seiden Law Group LLP, which is counsel for Defendant Stewart Lor ("Defendant" or "Mr. Lor") in the above- captioned matter. I am admitted to practice before the courts of the State of New York and am admitted *pro hac vice* in this matter. I make this declaration based on my own personal knowledge and documents in possession of my firm.

    2.    I submit this Declaration in support of Defendant's application for leave to file a motion for partial summary judgment.

    3.    Attached to this declaration are true and correct copies of the following documents:

        a.    Attached as Exhibit 1 is a true and correct copy of the Complaint filed by Xin Yue Guo ("Mr. Guo") on April 24, 2020 (ECF 1).[1]

        b.    Attached as Exhibit 2 is a true and correct copy of the Amended Complaint filed by Mr. Guo and Yisheng Li ("Mr. Li") filed on May 27, 2021 (ECF 32).

---

[1] All citations to the "ECF" are to *Guo v. Lor*, No. 2:20-cv-05099-JMV-JRA. All undefined terms shall have the same definitions as those defined in Defendants' Answer and Counterclaim (Dkt 42).

1

c. Attached as Exhibit 3 is a true and correct copy of Defendant's Answer to Plaintiff's Amended Complaint and Counterclaim dated August 1, 2021 (ECF 42).

a. Attached as Exhibit 4 is a true and correct copy of Mr. Li's and Mr. Guo's Answer to Defendant Stewart Lor's Counterclaims dated September 20, 2021 (ECF 45).

b. Attached as Exhibit 5 is a true and correct copy of the Stipulation of Dismissal With Prejudice of Certain Claims dated October 22, 2021 (ECF 48).

c. Attached as Exhibit 6 is a true and correct copy of the Order approving the Stipulation of Dismissal With Prejudice of Certain Claims signed by Judge Michael Vazquez on October 25, 2021 (ECF 49).

d. Attached as Exhibit 7 is a true and correct copy of the Li Assignment signed by Mr. Li and Mr. Guo on November 27, 2019.[2]

e. Attached as Exhibit 8 is a true and correct copy of Sea and Sand Entertainment Limited's ("Sea & Sand") Certificate of Incorporation.

f. Attached as Exhibit 9 is a true and correct copy of relevant excerpts of Sea & Sand's Register of Members.

g. Attached as Exhibit 10 is a true and correct copy of Sea & Sand's Certificate of Incumbency dated December 18, 2019.

h. Attached as Exhibit 11 is a true and correct copy of Mr. Guo's December 14, 2020 Responses and Objections to Defendant's Interrogatories.

i. Attached as Exhibit 12 is a true and correct copy of relevant excerpts of the transcript of the Deposition of Mr. Li held on December 16, 2021.

j. Attached as Exhibit 13 is a true and correct copy of relevant excerpts of the transcript of the Deposition of Mr. Guo held on December 15, 2021.

---

[2] Following the Li Assignment is a non-certified English translation. Certified translations of any translations in the Kushner Declaration or the Declaration of Stewart Lor filed herewith will be filed upon request.

I declare under penalty of perjury that the foregoing is, to the best of my knowledge and belief, true and correct.

Dated:     August 8, 2022
           New York, New York

                                                                  /s/ *Amiad Kushner*
                                                                   Amiad Kushner