UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

------------------------------------------------

YISHENG LI,

         Plaintiff,

-against-

STEWART LOR,

         Defendant.

------------------------------------------------

Civil Action No.:
2:20-CV-05099-JMV-JRA

NOTICE OF MOTION

**PLEASE TAKE NOTICE** that upon the declarations of Amiad Kushner (ECF 66-2) and Defendant Stewart Lor ("Mr. Lor"; ECF 66-3), the exhibits attached thereto, the accompanying Memorandum of Law in Support of Mr. Lor's Motion for Partial Summary Judgment, and upon all proceedings in the case to date, Mr. Lor will move this Court before the Honorable John Micchael Vazquez, United States District Court, District of New Jersey, 50 Walnut St., Room 4015, Newark, NJ 07102 for an order granting partial summary judgment in his favor on Plaintiff Yisheng Li's claim for breach of contract.

Dated: December 2, 2022
      New York, New York

Respectfully submitted,

ABELL ESKEW LANDAU LLP

By: /s/ David M. Eskew
David M. Eskew
41 Watchung Plaza, #501
Montclair, NJ 07042
Ph: 646-970-7342
E-mail: deskew@aellaw.com

Amiad Kushner (*pro hac vice*)
SEIDEN LAW GROUP LLP
322 Eighth Ave, Suite 1704

New York, NY 10001
Ph: 646-766-1914
E-mail: akushner@seidenlawgroup.com

*Attorneys for Defendant/Counterclaimant*