# Exhibit 5

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

---

XIN YUE GUO a.k.a XIN YUE on behalf of himself and as an assignee of YISHENG LI and YISHENG LI.

                       Plaintiffs,

      -against-

STEWART LOR,

                       Defendant.

---

Civil Action No.:
2:20-CV-05099-JMV-LDW

**STIPULATION OF DISMISSAL WITH PREJUDICE OF CERTAIN CLAIMS**

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, it is hereby stipulated by and between the parties to this action, through their counsel of record, that all claims asserted by Plaintiff XIN YUE GUO a.k.a XIN YUE on behalf of himself and as an assignee of Yisheng Li in the above captioned action are dismissed with prejudice. Nothing in this stipulation shall affect any claims, counterclaims, or affirmative defenses asserted by any party other than Plaintiff XIN YUE GUO a.k.a XIN YUE.

                                      DGW KRAMER LLP

                                      By: /s/_____
                                      Jacob Chen, Esq. (*pro hac vice*)
                                      One Rockefeller Plaza, 1060
                                      New York, NY 10020
                                      Ph: 917-633-6860
                                      E-mail: jchen@dgwllp.com

                                      Howard Gutman, Esq.
                                      LAW OFFICES OF HOWARD A. GUTMAN
                                      230 Route 206, Suite 307
                                      Flanders, NJ 07836
                                      Ph: 973-598-1980
                                      E-mail: howardgutman@aol.com

                                      *Attorneys for Plaintiffs/Counterclaim-Defendants*

ABELL ESKEW LANDAU LLP

By: /s/_____
David M. Eskew
41 Watchung Plaza, #501
Montclair, NJ 07042
Ph: 646-970-7342
E-mail: deskew@aellaw.com

Amiad Kushner (*pro hac vice*)
SEIDEN LAW GROUP LLP
322 Eighth Ave, Suite 1704
New York, NY 10001
Ph: 646-766-1914
E-mail: akushner@seidenlawgroup.com

*Attorneys for Defendant/Counterclaimant*