# Exhibit 8

OC-353161

# Certificate Of Incorporation

I, **MELANIE E. RIVERS**, Assistant Registrar of Companies of the Cayman Islands DO HEREBY CERTIFY, pursuant to the Companies Law CAP. 22, that all requirements of the said Law in respect of registration were complied with by

## Sea & Sand Entertainment Limited

an Exempted Company incorporated in the Cayman Islands with Limited Liability with effect from the 2nd day of July Two Thousand Nineteen

Given under my hand and Seal at George Town in the Island of Grand Cayman this 2nd day of July Two Thousand Nineteen



**Assistant Registrar of Companies, Cayman Islands.**

Authorisation Code : 274809161152
www.verify.gov.ky
09 July 2019