# Exhibit 9

**REGISTER OF MEMBERS**

| | | | |
|---|---|---|---|
| Name: | Sea & Sand Entertainment Limited | Date of incorporation | 02 July 2019 |
| Registered Address | 89 Nexus Way, Camana Bay, Grand Cayman, KY1-9009, Cayman Islands | Company number | 353161 |
| Authorised Capital | USD50,000.00 | Date of register | 02 July 2019 |
| Par value | USD0.00001 | | |
| Share Class | Ordinary | Shares issued | 69,900,000.00 |
| Conditions | | | |

| Name and Address of Shareholder | Date entered as a member | Date ceased to be a Member |
|---|---|---|
| Yisheng Li<br>No.105-2, Ninghai Road, Gulou District, Nanjing City, Jiangsu Province, China | 2-Jul-2019 | |

| Number of Shares Acquired / Transferred | Paid up? | Running Balance | Type of transaction | No. of Share Certificate | Transaction Description | Remarks |
|---|---|---|---|---|---|---|
| 1,000,000.00 | Fully paid | 1,000,000.00 | Issue | 7 | 02 Jul 2019 - Issuance of 1,000,000.0 Ordinary share(s) to Yisheng Li | Director(s) resolutions dated 2 July 2019 |
| **TOTAL NUMBER OF SHARES HELD: 1,000,000.00** | | | | | | |