# Exhibit 10

**CERTIFICATE OF INCUMBENCY**

**Sea & Sand Entertainment Limited**

We, Ogier Global (Cayman) Limited, of 89 Nexus Way, Camana Bay, Grand Cayman, KY1-9009, Cayman Islands being the provider of registered office services to Sea & Sand Entertainment Limited (**Company**), an exempted company incorporated in the Cayman Islands on 02 July 2019 with Registration Number 353161, hereby confirm the following:

1    That the registered office of the Company is at the office of Ogier Global (Cayman) Limited, of 89 Nexus Way, Camana Bay, Grand Cayman, KY1-9009, Cayman Islands.

2    That according to the corporate records retained at the Registered Office of the Company:

   (a)    The authorised share capital is USD50,000.00 divided into 5,000,000,000 Ordinary Shares of par value USD0.00001 each;

   (b)    The current director is:

| Name | Date of Appointment |
| --- | --- |
| Xin Yue Guo | 02 July 2019 |

   (c)    The current shareholders of the Ordinary Shares are:

| Name | Number and Class of Shares Held |
| --- | --- |
| Lei Cao | 660,000 Ordinary Shares |
| Yuan Gao | 20,000 Ordinary Shares |
| Wenshi Li | 20,000 Ordinary Shares |
| Yisheng Li | 1,000,000 Ordinary Shares |
| Zeyan Lu | 100,000 Ordinary Shares |
| RICHEVER LIMITED | 200,000 Ordinary Shares |
| James Hsing Wang | 3,000,000 Ordinary Shares |
| Xiaolu Wei | 50,000 Ordinary Shares |
| Qian Wu | 1,000,000 Ordinary Shares |
| Wenying Wu | 200,000 Ordinary Shares |
| Wei Yang | 120,000 Ordinary Shares |
| Dong Yue | 500,000 Ordinary Shares |
| Fengtong Yue | 40,000 Ordinary Shares |
| Fengbo Yue | 70,000 Ordinary Shares |
| Xin Yue Guo | 62,420,000 Ordinary Shares |
| Yue Yue | 500,000 Ordinary Shares |

3    According to the information available in the Cayman Online Registry Information System as at 18 December 2019, the Company is in good standing.

Signed for and on behalf of
Ogier Global (Cayman) Limited

Bill Chiang
Authorised Signatory
Date: 18 December 2019