# Exhibit 12

Yisheng Li
December 16, 2021

```
UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY

-----------------------------------------X

XIN YUE GUO a.k.a. XIN YUE on behalf of himself

and as assignee of YISHENG LI and YISHENG LI.

                          Plaintiffs,


   - against -              Civil Action No.:

                            2:20-CV-05099-JMV-MF


STEWART LOR,

                          Defendants.

-----------------------------------------X

                          Zoom Meeting


                          December 16, 2021
                          8:30 a.m.


    EXAMINATION BEFORE TRIAL OF YISHENG LI,

a Witness herein, taken Pursuant to

Notice, and held at the above-mentioned time

and place, before Kimberly Dean, a

stenographer and Notary Public within and

For the State of New York.
```

```
 1                    YISHENG LI
 2   document?
 3        A.    I see.
 4        Q.    Do you see there is a date next to your
 5   signature on the document?
 6        A.    The one for 27-2019.
 7        Q.    Did you write that date on this
 8   document?
 9        A.    Yes.
10        Q.    You signed the document on November 27,
11   2019, correct?
12        A.    Yes.
13        Q.    This documents refers to Party A and
14   Party B.  Do you see that?
15        A.    I see.
16        Q.    Mr. Yue is Party A, correct?
17        A.    Yes.
18        Q.    You are Party B, correct?
19        A.    Yes.
20        Q.    Paragraph 1 of the agreement states that
21   you received one million shares of Sea and Sand
22   Entertainment, Limited, correct?
23        A.    Yes.
24        Q.    Mr. Li, yesterday you attended the
25   deposition of Mr. Yue, correct?
```

Yisheng Li
December 16, 2021

| | |
|---|---|
| 1 | YISHENG LI |
| 2 | A.    I heard it. |
| 3 | Q.    Do you recall Mr. Yue testified at his |
| 4 | deposition that he transferred one million shares |
| 5 | of Sea and Sand, Limited, to you? |
| 6 | A.    I heard what he said.  And I also can |
| 7 | see that it's written in the agreement.  However, |
| 8 | what I would like to emphasize is that that |
| 9 | company was established not long ago at the time |
| 10 | and it had not gone into operation yet.  Actually, |
| 11 | it never got into operation.  Which means that |
| 12 | regardless whether he gave me one million or even |
| 13 | ten million shares, the company never operated, |
| 14 | the company never had any revenue.  It was just a |
| 15 | a number on paper, which meant that it was |
| 16 | nothing.  It was worth zero. |
| 17 | Q.    Do you agree that you, in fact, received |
| 18 | one million shares of Sea and Sand, Limited, from |
| 19 | Mr. Yue, correct? |
| 20 | A.    I can only say that that transaction did |
| 21 | happen.  There was that process.  However, what I |
| 22 | do need to emphasize is that it's pointless to say |
| 23 | that or to talk about it now because that -- those |
| 24 | shares did not have any value. |
| 25 | Q.    Mr. Li, I want to understand whether |

|    |         |                                                    |
|----|---------|----------------------------------------------------|
| 1  |         | YISHENG LI                                         |
| 2  | A.      | Yes.                                               |
| 3  | Q.      | Who is your attorney in this case?                 |
| 4  | A.      | Attorney Chen.                                     |
| 5  | Q.      | Are you referring to Jacob Chen, who is            |
| 6  | the attorney for the plaintiffs at this           |
| 7  | deposition?                                        |
| 8  | A.      | Yes.                                               |
| 9  | Q.      | Mr. Li, please look at paragraph 4 of              |
| 10 | the document.                                      |
| 11 |         | Paragraph 4 states if Sea and Sand                 |
| 12 | Entertainment fails to achieve an IPO within three |
| 13 | years, you have the right to request Mr. Yue to    |
| 14 | pay you $500,000 plus interest at a rate of 6.6    |
| 15 | percent per year; isn't that correct?              |
| 16 | A.      | According to what is indicated in the              |
| 17 | contract, that's the case.                         |
| 18 | Q.      | Mr. Li, you know that in 2020, Mr. Yue             |
| 19 | filed a lawsuit against Mr. Lor in New Jersey,     |
| 20 | right?                                             |
| 21 | A.      | Yes.                                               |
| 22 | Q.      | In 2021, you became a party to that                |
| 23 | lawsuit, right?                                    |
| 24 | A.      | That's correct.                                    |
| 25 | Q.      | You are aware that in May of 2021, an              |

```
 1                    YISHENG LI
 2   contact the attorney that gave it to you and
 3   obtain a copy of it?
 4        A.    What's the purpose for me to go get --
 5   ask for another copy?
 6        Q.    The purpose would be to confirm what we
 7   all know is true, which is that you're telling the
 8   truth right now.
 9        A.    For me to say anything in court,
10   everything that I say will be the truth.
11        Q.    Everything that is in the Amended
12   Complaint is -- that you allege in the Amended
13   Complaint, is true and correct, right?
14        A.    That is correct.
15        Q.    Before the Amended Complaint was filed,
16   you saw a Chinese translation of the Amended
17   Complaint, right?
18        A.    Yes.
19        Q.    You were able to review and confirm in
20   the Chinese translation that all of the
21   allegations in the Amended Complaint are true and
22   correct, right?
23        A.    That's correct.
24        Q.    You would agree that if you made a
25   materially false allegation in a document that was
```