# Exhibit 13

```
 1  UNITED STATES DISTRICT COURT
 2  DISTRICT OF NEW JERSEY
 3  ----------------------------------------X
 4  XIN YUE GUO a.k.a. XIN YUE on behalf of himself
 5  and as assignee of YISHENG LI and YISHENG LI.
 6                          Plaintiffs,
 7
 8     - against -              Civil Action No.:
 9                              2:20-CV-05099-JMV-MF
10
11  STEWART LOR,
12                          Defendants.
13  ----------------------------------------X
14                          Zoom Meeting
15
16                          December 15, 2021
                            8:30 a.m.
17
18      EXAMINATION BEFORE TRIAL OF XIN YUE GUO,
    a Witness herein, taken Pursuant to
19
    Notice, and held at the above-mentioned time
20
    and place, before Kimberly Dean, a
21
    stenographer and Notary Public within and
22
    For the State of New York.
23
24
25
```

1                        XIN YUE GUO
2       Q.    Paragraph 1 says that Party B had one
3    million shares of C and limited stock, right?
4       A.    I see.
5       Q.    What is Sea and Sand Entertainment?
6       A.    It is the name of the company Sea and
7    Sand.
8       Q.    And you, in fact, gave Mr. Li one
9    million shares of Sea and Sand Entertainment
10   stock, right?
11      A.    Yes.
12      Q.    How did you transfer those shares of Sea
13   and Sand Entertainment to Mr. Li?
14      A.    It was registered at the Registration
15   Bureau.
16      Q.    The shares in Sea and Sand Entertainment
17   that you transferred to Mr. Li were worth at least
18   $500,000; is that correct?
19      A.    This statement is not accurate.  The
20   accurate description is that I guaranteed that at
21   the time of IPO each share will be not less than 5
22   U.S. dollars.  And if the price -- if the price
23   was lower than $5 per share, I would add more
24   shares accordingly, so that the total shares --
25   the total value of the shares that Party B holds

XIN YUE GUO

would reach 5 million U.S. dollars. And that would be at the IPO issued -- issuing price. That would be the most complete description.

Q. If Sea and Sand Entertainment did not have an IPO, you guaranteed that you would pay Mr. Li $500,000 plus interest of 6.6 percent per year, correct?

A. The accurate description is that if Sea and Sand does not go IPO within two years or three years, I cannot see clearly here on this document, I think it was within three years, then Party B has the right to request Party A to reimburse the Party B 500,000 U.S. dollars plus 6.6 percent interest per year.

And the interest was to be calculated starting from the time when Party B invested in Fanz.

Q. Has Sea and Sand Entertainment had an IPO?

A. No.

Q. Mr. Yue Guo, do you have any involvement in Sea and Sand Entertainment, Limited?

A. It was founded by me. I was the CEO.

Q. Are you currently the CEO of Sea and

1                   XIN YUE GUO
2       Q.    You transferred one million shares of
3  Sea and Sand Entertainment to Mr. Li, correct?
4       A.    Correct.  It was indicated clearly in
5  the document.
6       Q.    Mr. Yue Guo, do you currently own any
7  shares of Sea and Sand Entertainment?
8       A.    I have always had the shares of Sea and
9  Sand.  However Sea and Sand had to stop operation
10 and Sea and Sand had not been paid the
11 registration fee to the government.
12      Q.    How many shares of Sea and Sand do you
13 currently own?
14      A.    In my recollection, when Sea and Sand
15 was established, there was about 60 million
16 shares, and I held the majority of the shares.
17 Because it has been a long time ago, I am not able
18 to recall accurately the total shares that was
19 issued at the time when the company was
20 established.
21      Q.    Mr. Yue Guo, before the New Jersey
22 lawsuit was filed in April of 2020, did you review
23 and approve the Complaint?
24      A.    I authorized my attorney to handle
25 everything with regard to the lawsuit, and if