UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
------------------------------------------------------------------------x
YISHENG LI,

                Plaintiff,

       -against-

STEWART LOR,

                Defendant.
------------------------------------------------------------------------x

Civil Action No.:
2:20-CV-05099-JMV-JRA

**PROPOSED ORDER**

WHEREAS all parties moved for summary judgment on December 5, 2022;

IT IS THEREFORE NOW ORDERED, ADJUDGED AND DECREED: That Plaintiff's motion for summary judgment is granted, and Defendant's motion for summary judgment is denied; and

IT IS FURTHER ORDERED, ADJUDGED AND DECREED: that Plaintiff Yisheng Li shall have judgment against Defendant Stewart Lor in the liquidated amount of $250,000.00 plus costs and disbursements of this action in the amount of $_____ amounting in all to $ _____; and

IT IS FURTHER ORDERED, ADJUDGED AND DECREED: That Xin Yue Guo's motion for summary judgment is granted, and Defendant Stewart Lor's cause of action against Xin Yue Guo a.k.a. Xin Yue be dismissed accordingly.

Dated: _____         _____
                                                                    U.S.D.J.