**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

---------------------------------------------

YISHENG LI,

              Plaintiff,

-against-

STEWART LOR,

              Defendant.

---------------------------------------------

Civil Action No.:
2:20-CV-05099-JMV-JRA

## REPLY IN FURTHER SUPPORT OF DEFENDANT'S MOTION FOR PARTIAL SUMMARY JUDGMENT

Defendant Stewart Lor ("Mr. Lor") respectfully submits this reply in further support of his motion for partial summary judgment (the "Motion," ECF 76-78) against Plaintiff Yisheng Li ("Mr. Li").

On December 2, 2022, Mr. Lor filed the Motion.  ECF 76-78.

On December 5, 2022, the Court set January 3, 2023, as the motion day for Mr. Li's motion for summary judgment (ECF 75) and Mr. Lor's Motion (ECF 76).  Under this Court's local rules, any opposition to the Motion was required to be filed fourteen days prior to the motion date, *i.e.*, by December 20, 2022.  *See* Local Civ. R. 7.1(d)(2).

Mr. Li failed to file any opposition on or before December 20, 2022.  Accordingly, Mr. Lor's Motion is unopposed and should be granted.


Dated: December 27, 2022
      New York, New York             Respectfully submitted,

                                  ABELL ESKEW LANDAU LLP

                                  By: _____
                                  David M. Eskew
                                  41 Watchung Plaza, #501
                                  Montclair, NJ 07042
                                  Ph: 646-970-7342
                                  E-mail: deskew@aellaw.com

                                  Amiad Kushner (*pro hac vice*)
                                  SEIDEN LAW GROUP LLP
                                  322 Eighth Ave, Suite 1704
                                  New York, NY 10001
                                  Ph: 646-766-1914
                                  E-mail: akushner@seidenlawgroup.com

                                  *Attorneys for Defendant/Counterclaimant*