UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| XIN YUE GUO a.k.a. XIN YUE on behalf of himself and as an assignee of YISHENG LI and YISHENG LI,<br><br>*Plaintiffs*,<br><br>v.<br><br>STEWART LOR,<br><br>*Defendant*. | Civil Action No. 20-5099<br><br>**ORDER** |

**John Michael Vazquez, U.S.D.J.**

For the reasons set forth in the accompanying Opinion, and for good cause shown,

IT IS on this 1st day of June, 2023,

**ORDERED** that Plaintiff's motion for summary judgment (D.E. 75) is **GRANTED**; and it is further

**ORDERED** that Defendant's motion for summary judgment (D.E. 76) is **DENIED**; and it is further

**ORDERED** that summary judgment is entered as to Plaintiff with respect to Count One of the Amended Complaint and Defendant's Second Counterclaim is dismissed.

_____
John Michael Vazquez, U.S.D.J.