# SEIDEN | LAW

August 31, 2023

<u>VIA ECF</u>

The Honorable Jose R. Almonte
United States District Court
District of New Jersey
Frank R. Lautenberg U.S. Post Office & Courthouse Building
2 Federal Square
Newark, NJ 07102

Re:    *Guo v. Lor*, No. 2:20-cv-05099-JMV-JRA

Dear Judge Almonte,

      We write jointly on behalf of all parties in response to the Court's order that "[b]y August 31, 2023, the parties shall update the Court as to whether mediation would prove fruitful at this time." ECF 94. While the parties believe a short mediation session with the magistrate judge would likely be fruitful, the parties would like additional time to discuss potential settlement among counsel before determining whether to request the Court's assistance in mediating this dispute.

                                                Respectfully Submitted,

                                                */s/ Xintong Zhang*
                                                  Xintong Zhang

cc: All counsel of record (via ECF)