

www.dgwllp.com

45 Rockefeller Plaza
20th Floor
New York, NY 10 111
Jacob Y. Chen, Esq.
jchen@dgwllp.com
T: (+1) 917 633 6860
F: (+1) 917 633 6183

June 26, 2024

**VIA PACER**

Honorable Madeline Cox Arleo, J.S.C.
Martin Luther King Building
& U.S. Courthouse
Court Room : MLK 4A
50 Walnut Street
Newark, NJ 07102

RE:    2:20-cv-05099-MCA-JRA GUO v. LOR

Your Honor,

While the parties have reached a settlement with respect to this ongoing case, the parties are in the process of effectuating the settlement. **The parties respectfully request for an additional 145 days to complete effectuation**, modifying the previous order administratively terminating the action (Doc # 108) on Friday, June 28, 2024 to the new date **Monday, August 12, 2024**.

Very Truly Yours,

By: /s/ Jacob Y. Chen
    Jacob Y. Chen, Esq.
    Attorney for the Plaintiffs

SO ORDERED

6/27/24

Madeline Cox Arleo, U.S.D.J.